# UNITED STATES BANKRUPTCY COURT.
# DISTRICT OF NEW JERSEY.

U.S. BANKRUPTCY COURT
FILED
TRENTON, NJ

10 APR 21   AM 10: 13

JAMES J. WALDRON
BK: [signature]
DEPUTY CLERK

| | |
|---|---|
| In Re; Syed Hussain. | ) |
| | ) CASE NO 99-62058RTL |
| | ) |
| | ) CHAPTER = 7. |
| | ) |
| DEBTOR. | ) |
| | ) |
| Address= PO Box 282054. | ) RETURN DATE. |
| | June 7th, 2010.  at 10am |
| Dubai, UAE. | ) |
| | ) |
| Last Four Digits of SS # =9118. | ) |

## NOTICE OF MOTION.

Abundance of facts that the Trustee committed CRIMES.

Subpoena are issued to the following to appear and testify in court;

John F. Bracaglia Jr, ESQ.

Kireston B. Ennis, ESQ.

Christine M. Gravelle, ESQ.

1) Honorable court ordered on 8/16/2000

> to refund retainer by Mr. John F. Bracaglia Jr. ESQ , see Doc#101 and 102, to the chapter 7 Trustee.

Form 2, Cash Receipts and Disbursement Record, submitted by the Trustee, does not show this amount at all? Where is this money?

2) 341 meeting, meeting of creditors, I was never ever informed of , or asked to attend any such meeting.

The intention of the Trustee to keep me away from these meetings must be fully explained?

3) **<u>169 Harper Ave, Irvington, NJ; A 7 family rental real estate.</u>**

As shown by then attorney Mr. John F. Bracaglia Jr. ESQ, Doc #1 in Bankruptcy original petition , this property produced a monthly income of $4325 . The property was fully occupied and was under yearly lease contracts.

Doc # 142, show that an order granting the Trustee to employ NEW VISTA CORP as the property manager.

Form 2, Cash Receipts and Disbursement Record, submitted by the Trustee.

Page 6. Dated 09/30/02 Security Deposit Return to Tenant = $1050.

Rental Credit, also on Page 6 = $140.04.

Page7.Form 2.

Rent Credit = $130.02.

Basement Rent Credit = $90.00.

These payments are made by the Trustee on the closing date .

By paying the security deposit to the tenants, Trustee is in fact admitting that there were rent paying tenants. Yet no rents, none at all is recorded in Form 2, This is enough proof to convict Trustee for RECKETEERING. THEFT, EMBALLEZMENT,DISREGARD OF DUTIES.

What was NEW VISTA CORP doing? Trustee hired them to collect rents?

Where is accounting from New Vista

Corp?

New Vista Corp was paid by the Trustee, see Page 17, Form 2, $6000/. On10/02/02.

Further more in original bankruptcy fillings by Mr. John F. Bracaglia Jr. Esq, Doc #1 show a total rental for the year 1998, year prier to bankruptcy filling, $108,645.

Further more, Form 2, Page #1, shows that Kiresten B. Ennis ESQ , handed over rents to the Trustee in the amount of $8000, and $14,076.55 on 10/03/2000. Total $22076.55.

Page 1 of Form 2, also shows that I, Syed Hussain , also handed over rents , $9,643.00 to the Trustee on 12/21/2000. This clearly shows that rents were collected in 1998, then before conversion to chapter 7, rents were collected by then Attorney Kirsten B. Ennis ESQ and also by me.

But, court appointed, Trustee do not show any rents collected?

Trustee had control of this property from

Aug 2000 till Sep 02, a total of 26 months. 26 months at a monthly rental of $4325 = $112,450.

These overwhelming factual proofs show clearly that the court appointed chapter 7 Trustee. Engaged in CRIMINAL ACTIVITIES.

### 4)1684 Hilcrest Terr, Uion, NJ. A singe family, Rental property.

As per original bankruptcy filling by then attorney Mr. John F. Bracaglia ESQ ,Doc# 1, property was under yearly contract, for $1575/ month. Trustee had this property from Aug 2000 till sold by Sep 01. 14 month at $1575 = $22,050. Trustee have not accounted for this amount.

Then attorney John F. Bracaglia Jr. Esq also show in Doc#1 of the original bankruptcy filling a rent Of $108,645 collected in 1998 by the Debtor.

### 5) 2058 Pleasant

### Parkway, Union, NJ.

As per original bankruptcy filling by then attorney John F. Bracaglia ESQ, Doc # 1,This single family house, was rented for $1300/ month, was on a signed yearly lease contract, Trustee sold it on or about 09/04/01. Trustee had control of this property from Aug 2000 till sold on 09/04/01.

Rents for 13 months at $1300 = $16900. Then attorney John F. Bracaglia Jr.Esq also show in Doc #1 , rent collected by the Debtor in the amount of $108,645 for the year 1998.

### 6) 10-12 Oregon Street, Maplewood, NJ. A two family Duplex.

As per original bankruptcy filling by then attorney John F. Bracaglia ESQ ,This property was rented for $2500/month.It was on a yearly signed contract, Trustee sold it on 06/24/02.

23 months at $2500/ = $57500.

Trustee does show rents collected, on Page 5 Form 2, on 04/16/02 = 150 and 1100. And on 05/20/02 = 175 and 1075. a total of $2500.

Trustee's property manager was incapable to maintain properties, I was called upon by the Trustee to help selling the properties, do repairs so that he can sell. Was allowed to collect rent on one portion of this property.

I believe that it was probably 16 months of rent $1100/ that I collected and used in repairs of properties. I did sent an accounting of this amount to the Trustee. Trustee does not even show this on Form 2.

Rents = $57500 − 17600 − 2500 = $37400.

Attorney John F. Bracaglia ESQ also show in Doc #1 that in 1998 the Debtor collected a rent of $108,645.

Total Rents not accounted for by the court

appointed chapter 7 Trustee ;
169 Harper Ave , Irvington.   = $112,450.
1684 Hillcrest Terr, Union.   = $22,050.
Pleasant Parkway , Union.    = $16,900.
10-12 Oregon Street, Maplewood = $37,400.

Total Rents, = $ 188,800.

Honorable Judge, according to the papers submitted in Bankruptcy Doc #1, the yearly income/rents amounts to $116,400. Trustee upon taking control of the estate benefited himself, looted the estate, and produced ZERO for the debtor.

The chapter 7 Trustee committed criminal acts and must now be investigated, prosecuted.
 Punished more harshly, because the United States government had given him the opportunity and authority to commit these  crimes.
Barry Frost and his firm have abused the

law, betrayed the Trust, extort and embezzle for their financial enrichment. Seek to convict the Trustee and his firm to the maximum punishment that the law allows.

Signature=

Name & Address =

SYED HUSSAIN.
PO Box 282054, Dubai, UAE. Tel 97150 8077947. 9150 8077946.
E-mail = metallurgical@hotmail.com  Home = 97106 5315718.
CC;  Mr. Barry Frost Esq  Trustee.
Teich Groh.
John F. Bracaglia ESQ.
Kiresten Ennis. ESQ.
Christine M. Gravelle. ESQ.
Henri Marceal ESQ.