# UNITED STATES BANKRUPTCY COURT.
# DISTRICT OF NEW JERSEY

---

| | |
|---|---|
| IN THE MATTER OF. | ) CASE NO. 99-62058RTL. |
| SYED M. HUSSAIN. | ) CHAPTER 7. |
| DEBTOR.---------------------------------------) | RETURN |
| LAST FOUR DIGITS OF | ) DATE = JUNE 7th 2010. |
| SOCIAL SECURITY NO(S).  9118. | ) |

---

## Subpoena in a case under Bankruptcy code.

John F. Bracaglia Jr. ESQ.

You are commanded to appear in the United States Bankruptcy Court, District of New Jersey. 402 East State Street. Trenton, NJ 08608 on June 7th 2010.

Syed Hussain.
Debtor.



FILED
JAMES J. WALDRON, CLERK
APR 21 2010
U.S. BANKRUPTCY COURT
TRENTON, N.J.
BY _____ DEPUTY