## TEICH GROH

AN ASSOCIATION OF
PROFESSIONAL CORPORATIONS & LIMITED LIABILITY COMPANIES
COUNSELLORS AT LAW
691 STATE HIGHWAY 33
MERCERVILLE
TRENTON, NEW JERSEY 08619-4407

ARTHUR TEICH   (1915-1997)
WILLIAM C. GROH  (1921-2007)
BARRY W. FROST*
MICHAEL A. ZINDLER
CAROL OSWALD
CAROL L. KNOWLTON†
ALLEN I. GORSKI†
DEAN S. NALBONE†
GARY R. BACKINOFF†
BRIAN W. HOFMEISTER
JENNIFER ZOSCHAK

RICHARD J. ALPHONSE
ALISSA C. YOUNG †

* NJ AND NY BAR
† NJ AND PA BAR

(609) 890-1500

FAX NO. (609) 890-6961

BRANCH OFFICE:

34 FRANKLIN CORNER ROAD
LAWRENCEVILLE, NJ 08648-2103

(609) 844-0488
FAX (609) 844-0784

May 27, 2010

***Via e-mail & ECF***

Honorable Raymond T. Lyons
Bankruptcy Judge
United States Bankruptcy Court
402 E. State Street
Trenton, NJ 08608

RE:    Debtor Estate of Syed Hussain
       Case No.  99-62058-RTL
       Hearing Date:  6/7/2010 at 10:00 a.m.

Dear Judge Lyons:

Please accept this letter as the Trustee's opposition to the motion filed by Syed Hussain seeking to convict the Trustee of various crimes.

The moving papers do not set forth any legal basis for such relief, nor does this Court have any criminal jurisdiction over the matter.

When Mr. Hussain previously submitted a motion as against the Trustee's accountant seeking to determine that he also violated various criminal statutes, this Court denied the motion on the basis it did not have criminal jurisdiction.

***TEICH GROH***
*Page 2*

There is no basis for Mr. Hussain to now file this motion only for vindictiveness and Mr. Hussain should be sanctioned for filing a motion seeking relief that he was previously informed did not exist within the jurisdiction of This Court.  We therefore ask that sanctions be awarded to the Trustee as against Mr. Hussain for having to expend the time and energy to respond to this frivolous motion.

We thank the Court for its consideration of this matter.

Respectfully submitted,

*/s/ Barry W. Frost*
BARRY W. FROST

BWF:cmc

cc:    Syed Hussain
        Ronald C. Moonin, CPA
        Henri Marcel, Esquire